**Order entered November 22, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01075-CV**

**MERCURY OPERATING, LLC AND STEFAN T. TOTH, Appellants**

**V.**

**PETROROCK MINERAL HOLDINGS, LLC, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-04656**

**ORDER**

Before the Court are appellants' motion for extension of time to file their brief, appellee's objection, and appellants' response. We **GRANT** the motion and **ORDER** the brief received November 18, 2022 filed as of the date of this order.

/s/    ROBERT D. BURNS, III
         CHIEF JUSTICE